UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JIMMIE LAZENBERRY,

    Plaintiff,

v.                                     CASE NO. 3:13-cv-207-J-20JBT

VOCATIONAL REHABILITATION
OFFICE,

    Defendant.
_____/

## ORDER

THIS CAUSE is before this Court on the Magistrate Judge's Report and Recommendation (Dkt. 8), addressing Plaintiff's Affidavit of Indigency which was construed as Motion for Leave to Proceed *in forma pauperis* (Dkt. 5). The Magistrate Judge recommended that Plaintiff's construed Motion to Proceed *In Forma Pauperis* be denied and Plaintiff's Complaint be dismissed without prejudice. No objections were filed to the Report and Recommendation. After an independent review of the record and upon consideration of the Report and Recommendation, this Court adopts the same in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 8) is adopted;

2. Plaintiff's Complaint (Dkt. 1) is **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff's Affidavit of Indigency (Dkt. 5) which is construed as a Motion to Proceed *In Forma Pauperis* is **DENIED**; and

4. The Clerk is directed to close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of July, 2013.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Hon. Joel B. Toomey
Jimmie Lazenberry, *Pro Se*